**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1071**

In re:  JOHN DOE,

        Petitioner.

On Petition for Writ of Mandamus.  (7:95-cr-00076-H-1)

Submitted:  April 24, 2020                         Decided:  May 28, 2020
Amended:  November 4, 2020

Before GREGORY, Chief Judge, and WYNN and HARRIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

John Doe, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Doe petitions for a writ of mandamus, alleging that the district court has unduly delayed ruling on a motion in his criminal case. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court granted in part and denied in part Doe's motion on March 11, 2020. Accordingly, because the district court has recently ruled on the motion, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*